1  JOSEPH P. RUSSONIELLO (CCBN 49990)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CSBN 123364)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7016
7     Facsimile: (415) 436-7234

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )    No. CR 82-0695 MHP
                                     )
14         Plaintiff,                )    STIPULATION AND ORDER
                                     )    [PROPOSED]
15    v.                             )
                                     )
16 KENNETH EARL PERKINS,            )
                                     )
17                                   )
           Defendant                 )
18 _____  )

19                    **STIPULATION**

20       It is hereby stipulated by and between the parties hereto that the status conference

21 scheduled for February 2, 2009 at 10:00 a.m. shall be continued to February 23, 2009 at 10:00

22 a.m.  The basis for this stipulation and request for a continuance of the status conference is due to

23 (1) the unavailability of counsel for the government in January 2009 as a result of a personal

24 family emergency and (2) the continued efforts by the parties to obtain the files and records in the

25 underlying case.

26 \\

27 \\

28 \\

STIPULATION AND ORDER [PROPOSED]
[CR 82-0695 MHP ]

1    IT IS SO STIPULATED:

2

3    *January 23, 2009*                    *Robin L. Harris*
     DATE                                  ROBIN L. HARRIS
4                                          Assistant United States Attorney

5

6    *Jan. 26, 2009*                       *[signature]*
     DATE
7                                          GEOFFREY HANSEN
                                           Attorney for Defendant Kenneth Earl Perkins

8

9                              **ORDER**

10        For good cause shown, and for the reasons stated above, the Court hereby continues the

11   status conference in the above captioned matter.  The status conference shall now take place on

12   February 23, 2009 at 10:00 a.m.

13        IT IS SO ORDERED.

14

15

16   DATED: 1/27/2009

17                                         HON.                          L. PATEL
                                           Unite
18                                                 IT IS SO ORDERED
                                                 *[signature]*
19                                               Judge Marilyn H. Patel

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER [PROPOSED]
[CR 82-0695 MHP ]                        -2-