1  JOSEPH P. RUSSONIELLO (CCBN 49990)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CSBN 123364)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7016
7      Facsimile:  (415) 436-7234

8  Attorneys for the United States of America

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,      )    No. CR 82-0695 MHP
                                  )
14     Plaintiff,                 )    **STIPULATION AND ORDER**
                                  )    [Proposed]
15     v.                         )
                                  )
16 KENNETH E. PERKINS,            )
                                  )
17                                )
       Defendants.                )
18 _____)

19                           **STIPULATION**

20     It is stipulated by and between the parties hereto that the government's Opposition

21 Memorandum to defendant's Further Motion to Dismiss, which was due on March 30, 2009,

22 shall now be due on April 6, 2009.  This change in the briefing schedule will not affect the

23 hearing date which shall remain on April 27, 2009 at 11:00 a.m.  The reason for this stipulation

24 and request for a change to the briefing schedule is that the Assistant United States Attorney

25 assigned responsibility for preparing the government's response has been unavailable to prepare

26 the government's response due to illness.

27 \\

28

STIP AND ORDER RE:OPP. TO
FURTHER MOT TO DISMISS
[CR 82-695 MHP]

1  **IT IS SO STIPULATED**

2  DATED: March 27, 2009

                                         /s/
                                ROBIN L. HARRIS
                                Assistant United States Attorney

                                         /s/
                                GEOFFREY HANSEN
                                Chief Assistant Federal Public Defender
                                Attorney for Defendant

10  **ORDER** [Proposed]

11  The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED

12  that the government's Opposition Memorandum to Defendant's Further Motion to Dismiss shall

13  be due on April 6, 2009.  The hearing on Defendant's Further Motion to Dismiss shall remain on

14  April 27, 2009 at 11:00 a.m.

15       IT IS SO ORDERED.

17  Dated:  April 6, 2009

                                Honorable Marilyn Hall Patel
                                United States District Judge