IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 82 - 695 MHP |
| Plaintiff, | ) ) | **ORDER DISMISSING PROBATION VIOLATION PROCEEDINGS** |
| vs. | ) ) | |
| KENNETH EARL PERKINS, | ) ) | |
| Defendant. | ) ) | |

    Insofar as the defendant's term of probation does not commence until he finishes serving his parole term, for the reasons stated by the Court at the hearing conducted on April 27, 2009, the defendant's motion to dismiss the probation violation proceedings is granted. The defendant is ordered released from the custody of the United States Marshal to be delivered to the custody of the Bureau of Prisons for further proceedings.

Dated: ~~April 28~~ July 8, 2009

IT IS SO ORDERED

Judge Marilyn H. Patel

1